

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/29/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 13-36251 |
| HELIA TEC RESOURCES, INC. | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## ORDER
### (Docket No. 119)

The Court has considered Party in Interest HSC's Motion to Amend Findings and/or Alter or Amend Order Denying HSC's Amended Motion to Convert or Appoint Chapter 11 Trustee [Docket No. 119] and the Debtor's response [Docket No. 121]. After reading HSC's motion, the Court reviewed the record in this case. Without commenting on the effect of the Court's finding about which HSC complains, the Court concludes that the finding is (i) necessary to the Court's analysis of its own jurisdiction due to HSC's ever-changing legal position; and (ii) consistent with the record and applicable law. Accordingly, it is

**ORDERED THAT**:

1. The motion is denied.

**SIGNED: August 28, 2014.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE