

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/29/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 13-36251 |
| HELIA TEC RESOURCES, INC. | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## ORDER
(Docket No. 119)

The Court has considered Party in Interest HSC's Motion to Amend Findings and/or Alter or Amend Order Denying HSC's Amended Motion to Convert or Appoint Chapter 11 Trustee [Docket No. 119] and the Debtor's response [Docket No. 121]. After reading HSC's motion, the Court reviewed the record in this case. Without commenting on the effect of the Court's finding about which HSC complains, the Court concludes that the finding is (i) necessary to the Court's analysis of its own jurisdiction due to HSC's ever-changing legal position; and (ii) consistent with the record and applicable law. Accordingly, it is

**ORDERED THAT**:

1. The motion is denied.

**SIGNED: August 28, 2014.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                  Case No. 13-36251-drj
Helia Tec Resources, Inc.                                               Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4           User: dsta                 Page 1 of 1              Date Rcvd: Aug 29, 2014
                               Form ID: pdf002            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2014.
db         +Helia Tec Resources, Inc.,    1770 St. James Place,   Suite 205,   Houston, TX 77056-3432
aty        +Richard L Fuqua,   5005 Riverway,   Suite 250,   Houston, TX 77056-2131
cr         +Basic Energy Services, L.P.,   c/o West Allen Law Firm, PC,   211 N. Center St.,
             Longview, TX 75601-7221
intp       +Heather R Potts,   4309 Yoakum Blvd.,   Ste. 2000,   Houston, TX 77006-5857
intp       +Mastodon Operating Company, LLC,   1770 St. James Place,   Suite 205,   Houston, TX 77056-3432
intp       +Mastodon Resources, LLC,   Suite 205,   1770 St. James Place,   Houston, TX 77056-3432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: houston_bankruptcy@LGBS.com Aug 29 2014 21:18:47     Harris County,
             c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          DeWitt County
intp        HSC Holdings
cr          Rockwell Management
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2014 at the address(es) listed below:
              David B Harberg    on behalf of Interested Party    HSC Holdings dharberg@harberglaw.com,
               admin@harberglaw.com
              Diane Wade Sanders    on behalf of Creditor    DeWitt County austin.bankruptcy@publicans.com
              Hector Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jerrod Lee Allen    on behalf of Creditor    Basic Energy Services, L.P. jallen@westallenlaw.com,
               agriffith@westallenlaw.com;bbryson@westallenlaw.com;jwest@westallenlaw.com;vware@westallenlaw.com
               ;isadler@westallenlaw.com;tadkisson@westallenlaw.com
              John P Dillman    on behalf of Creditor    Harris County Houston_bankruptcy@publicans.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Operating Company, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Resources, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Mazelle Sara Krasoff    on behalf of Creditor    Rockwell Management krasoff@hooverslovacek.com,
               bankruptcy1@hooverslovacek.com,mkrasoffbank@gmail.com,ray@hooverslovacek.com
              Melissa Anne Haselden    on behalf of Creditor    Rockwell Management Haselden@hooverslovacek.com,
               haseldenbankruptcy@gmail.com,mayle@hooverslovacek.com,bankruptcy1@hooverslovacek.com
              Richard L Fuqua, II    on behalf of Attorney Richard L Fuqua fuqua@fuquakeim.com,
               fuqua@fuqualegal.com
              Richard L Fuqua, II    on behalf of Debtor    Helia Tec Resources, Inc. fuqua@fuquakeim.com,
               fuqua@fuqualegal.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 12