

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/01/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 13-36251 |
| HELIA TEC RESOURCES, INC. | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

**ORDER UNDER 11 U.S.C. § 1125 AND FED. R. BANKR. P. 3017
APPROVING SECOND AMENDED DISCLOSURE STATEMENT
AND FIXING DEADLINES FOR VOTING AND OBJECTIONS
AND SETTING HEARING ON CONFIRMATION**
(Docket No. 136)

The Court has considered the Second Amended Disclosure Statement (the "Disclosure Statement") submitted by the Debtor. The Court has determined that the Disclosure Statement should be approved as modified at the hearing and dates established for voting, objections and a hearing to consider confirmation of the Debtor's proposed plan of reorganization (the "Plan"). Accordingly, it is

**ORDERED THAT**:

1. The Disclosure Statement is approved as modified at the hearing. The Debtor shall immediately amend the Disclosure Statement and file a conformed final version. The Debtor is authorized to solicit votes with respect to the Plan.

2. The Debtor shall mail a copy of this Order, the Disclosure Statement, the Plan, a ballot(s) and any supporting statements (collectively, the "Solicitation Package") to all known creditors and interest holders as provided by FED. R. BANKR. P. 3017(d) by October 10, 2014.

3. November 17, 2014 at 5:00 p.m. (Houston time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be served by fax, mail, email or hand delivery to the counsel for the Debtor, Richard L Fuqua, Fuqua & Associates, PC, 5005 Riverway, Suite 250 Houston, Texas 77056, facsimile: 713-960-1064, email: rlfuqua@fuqualegal.com prior to the foregoing deadline in order to be counted.

4. November 17, 2014 at 5:00 p.m. (Houston time) is the deadline for filing and serving written objections to confirmation of the Plan pursuant to FED. R. BANKR. P. 3020(b)(1). Any objections must be filed with the Clerk of this Court and must be served by facsimile, email or hand delivery on or before such date on counsel for the Debtor.

5. The Court will conduct an evidentiary hearing in Courtroom 400, 4th Floor, United States Courthouse, 515 Rusk, Houston, Texas 77002 to consider confirmation of the Plan on December 3, 2014 at 9:00 a.m. (Houston time).

6. To the extent that any creditor or party-in-interest requests discovery in connection with confirmation, such discovery must be served no later than October 31, 2014. The parties are encouraged to streamline discovery and agree to shortened response dates. If issues arise, the Court will consider motions on an emergency basis filed in accordance with the applicable rules and this Court's published procedures.

**SIGNED: October 1, 2014.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**