

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/01/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 13-36251 |
| HELIA TEC RESOURCES, INC. | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

ORDER UNDER 11 U.S.C. § 1125 AND FED. R. BANKR. P. 3017
APPROVING SECOND AMENDED DISCLOSURE STATEMENT
AND FIXING DEADLINES FOR VOTING AND OBJECTIONS
AND SETTING HEARING ON CONFIRMATION
(Docket No. 136)

The Court has considered the Second Amended Disclosure Statement (the "Disclosure Statement") submitted by the Debtor. The Court has determined that the Disclosure Statement should be approved as modified at the hearing and dates established for voting, objections and a hearing to consider confirmation of the Debtor's proposed plan of reorganization (the "Plan"). Accordingly, it is

**ORDERED THAT**:

1. The Disclosure Statement is approved as modified at the hearing. The Debtor shall immediately amend the Disclosure Statement and file a conformed final version. The Debtor is authorized to solicit votes with respect to the Plan.

2. The Debtor shall mail a copy of this Order, the Disclosure Statement, the Plan, a ballot(s) and any supporting statements (collectively, the "Solicitation Package") to all known creditors and interest holders as provided by FED. R. BANKR. P. 3017(d) by October 10, 2014.

3. November 17, 2014 at 5:00 p.m. (Houston time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be served by fax, mail, email or hand delivery to the counsel for the Debtor, Richard L Fuqua, Fuqua & Associates, PC, 5005 Riverway, Suite 250 Houston, Texas 77056, facsimile: 713-960-1064, email: rlfuqua@fuqualegal.com prior to the foregoing deadline in order to be counted.

4. November 17, 2014 at 5:00 p.m. (Houston time) is the deadline for filing and serving written objections to confirmation of the Plan pursuant to FED. R. BANKR. P. 3020(b)(1). Any objections must be filed with the Clerk of this Court and must be served by facsimile, email or hand delivery on or before such date on counsel for the Debtor.

5. The Court will conduct an evidentiary hearing in Courtroom 400, 4th Floor, United States Courthouse, 515 Rusk, Houston, Texas 77002 to consider confirmation of the Plan on December 3, 2014 at 9:00 a.m. (Houston time).

      6.    To the extent that any creditor or party-in-interest requests discovery in connection with confirmation, such discovery must be served no later than October 31, 2014. The parties are encouraged to streamline discovery and agree to shortened response dates. If issues arise, the Court will consider motions on an emergency basis filed in accordance with the applicable rules and this Court's published procedures.

**SIGNED: October 1, 2014.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

```
                          United States Bankruptcy Court
                            Southern District of Texas

In re:                                                        Case No. 13-36251-drj
Helia Tec Resources, Inc.                                     Chapter 11
         Debtor              CERTIFICATE OF NOTICE

District/off: 0541-4         User: dsta                  Page 1 of 3          Date Rcvd: Oct 01, 2014
                             Form ID: pdf001             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2014.
db            +Helia Tec Resources, Inc.,    1770 St. James Place,    Suite 205,    Houston, TX 77056-3432
aty           +Richard L Fuqua,    5005 Riverway,    Suite 250,    Houston, TX 77056-2131
cr            +Basic Energy Services, L.P.,    c/o West Allen Law Firm, PC,    211 N. Center St.,
                Longview, TX 75601-7221
intp          +Heather R Potts,    4309 Yoakum Blvd.,    Ste. 2000,    Houston, TX 77006-5857
intp          +Mastodon Resources, LLC,    Suite 205,    1770 St. James Place,    Houston, TX 77056-3432
8618241       +3J Services,    434 Gentry Rd.,    Inez, TX 77968-3340
8618242       +Acadiana Fittings & Supply,    PO Box 724,    7971 FM 359 S,    Fulshear, TX 77441-0724
8618243       +Basic Energy Services, LP,    West Allen Law Firm,    211 N. Center St.,
                Longview, TX 75601-7221
8618244       +Cary E. Hughes,    3230 Sabine Point Way,    Missouri City, TX 77459-6432
8618245       +Cary Hughes,    3230 Sabine Point Way,    Missouri City, TX 77459-6432
8618246        Center Point Energy Field Services, Inc.,    c/o Totz, Ellison & Totz, PC,
                211 Norfolk, Suite 510/516,    Houston, TX 77098
8724331       +Centerpoint Energy Field Services Inc,    Marc Ellison,    2211 Norfolk Ste 510,
                Houston Texas 77098-4048
8618247        Clarion Finanz, AG,    Attn: Carlo Civelli, Managing Director,    Gerbergasse 5,    P.O. Box 7427,
                CH-8023 Zurich, Switzerland
8618248       +Clarion Finanz, AG,    c/o Joe C. Holzer, Esq.,    Andrews & Kurth,    600 Travis, Suite 4200,
                Houston, TX 77002-2929
8738693        Comptroller of Public Accounts,    c/o Office of the Attorney General,
                Bankruptcy - Collections Division,    PO Box 12548,    Austin TX 78711-2548
8618250       +Cone Compression Services, Inc.,    PO Box 283,    Fulshear, TX 77441-0283
8618251      #+Continental Production Services, Inc.,    PO Box 69,    Fresno, TX 77545-0069
8618253       +D&B Rental Services,    1800 FM 237,    Yorktown, TX 78164-1912
8618254        Dale Dossey,    Dossey & Jones, PLLC,    25025 I-45, Ste. 410,    Spring, TX 77380
8618255       +Dalton Trucking,    PO Box 5606,    Victoria, TX 77903-5606
8645864       +Dewitt County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
                Austin, TX 78760-7428
8618256        Don Summers,    Tax Assessor-Collector,    PO Box 4622,    Houston, TX 77210-4622
8618257       +Dwight Snell & Associates,    1014 Mill Valley,    Sugar Land, TX 77498-2699
8618258       +Ed Talone Trust #1,    1901 Post Oak Blvd. #806,    Houston, TX 77056-3883
8618259       +Energy Gas Compression, Ltd.,    2020 N. Lexington Blvd.,    Corpus Christi, TX 78409-1335
8738269       +H & B Packer Services, Inc.,    P. O. Box 708,    El Campo, TX 77437-0708
8618260       +H&B Packer,    2601 N. Mechanic,    PO Box 708,    El Campo, TX 77437-0708
8626194       +Hajovsky, Jones & Ford, PC,    14614 Falling Creek Dr., Ste. 105,    Houston, TX 77068-2999
8640747       +Hamman Swabbing & Oil Field Services,    PO Box 615,    El Campo, TX 77437-0615
8618262        Hamman Swabbing & Oil Field Services,    Highway 71N,    El Campo, TX 77437
8618263        Harris County Appraisal District,    Business & Industrial Property Div.,    PO Box 922007,
                Houston, TX 77292-2007
8618264       +Henry & Sang Nguyen,    922 Northeast Avenue,    Panama City, FL 32401-4533
8618267       +InterOil Corporation,    c/o Yasser Madriz, Esq.,    Haynes and Boone, LLP,
                1221 McKinney, Ste. 2100,    Houston, TX 77010-2020
8618268        InterOil Corporation,    c/o InterOil Australia Pty Ltd., Level 1,    60-92 Cook St.,
                Cairns, Queensland, 4870,    Austrailia
8618269        InterOil Corporation,    Attn: Phil Mulacek, Director,    25025 I-45 North, Suite 420,
                The Woodlands, TX 77380
8618265       +Internal Revenue Service,    1919 Smith St., Ste. 300,    Stop 5125 - HOU,
                Houston, TX 77002-8055
8618270       +Lithotech Printed Products,    PO Box 1562,    Bellaire, TX 77402-1562
8618271       +Mastodon Operating Company, LLC,    1770 St. James Place, Suite 205,    Houston, TX 77056-3432
8618273        Pacific LNG Operations, Ltd.,    Attn: Carlo Civelli, Managing Director,    Gerbergasse 5,
                P.O. Box 7427,    CH-8023 Zurich, Switzerland
8618274        Pacific LNG Operations, Ltd.,    c/o Morgan & Morgan Trust Corporation,    Mr. Jose Andres Calvo,
                P.O. Box 958 Pasea Estate,    Road Town Tortola British Virgin Islands
8618272       +Pacific LNG Operations, Ltd.,    c/o Joe C. Holzer, Esq.,    Andrews & Kurth,
                600 Travis, Suite 4200,    Houston, TX 77002-2929
8618275       +Richard's Hot Oil Service, Inc.,    PO Box 816,    Giddings, TX 78942-0816
8618276       +Robert Crow,    PO Box 19677,    Houston, TX 77224-9677
8618277       +Ryan Services,    c/o Ryan Glover LLP,    440 Louisiana, Suite 900,    Houston, TX 77002-4205
8618280       +SENDEX Energy, L.L.C.,    1770 St. James Place,    Suite 205,    Houston, TX 77056-3432
8618278       +Sealy Appliance & Butane Co.,    1401 Columbus Rd.,    PO Box 636,    Sealy, TX 77474-0636
8618279        Select Industries, Inc.,    PO Box 2450,    Wichita Falls, TX 76307-2450
8618281        Texas Perforators, Inc.,    PO Box 5781,    Kingsville, TX 78364-5781
8618283      #+Timothy R. Gallagher,    1515 Garrettson Lane #36,    Houston, TX 77056-3333
8618284       +Vision Oilfield Services, LC,    PO Box 3506,    Victoria, TX 77903-3506
8618285       +Warren Gohlke,    667 Oakridge Drive,    Goliad, TX 77963-3964
8618286       +Wise Well Intervention Services,    Pagel, David & Hill, PC,    1415 Louisiana, 22nd Floor,
                Houston, TX 77002-7344
8618287        +York Acidizing and Cementing, LLC,    6511 FM 1464 PMB 6,    Richmond, TX 77407-3575
```

```
District/off: 0541-4          User: dsta                 Page 2 of 3                  Date Rcvd: Oct 01, 2014
                              Form ID: pdf001            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: houston_bankruptcy@LGBS.com Oct 01 2014 21:15:53       Harris County,
                c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
8618249         E-mail/Text: pacer@cpa.state.tx.us Oct 01 2014 21:16:28      Comptroller of Public Accounts,
                111 E. 17th St.,    Austin, TX 78774-0100
8618252        +E-mail/Text: admin@crosupply.com Oct 01 2014 21:16:43       Cross Road Oilfield Supply, Ltd.,
                PO Box 1546,    El Campo,, TX 77437-1546
8663881         E-mail/Text: houston_bankruptcy@LGBS.com Oct 01 2014 21:15:53       Harris County et al,
                c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                Houston, Tx. 77253-3064
8618266        +E-mail/Text: jasmin.merced@wolterskluwer.com Oct 01 2014 21:16:42       InterOil Corporation,
                c/o CT Corporation Systems,    111 Eighth Ave.,    New York, NY 10011-5201,
                Attn:  InterOil Corporation Service
8648749         E-mail/Text: cio.bncmail@irs.gov Oct 01 2014 21:15:16       Internal Revenue Service,
                PO Box 7317,    Philadelphia, PA 19101-7317
8618282         E-mail/Text: ridpacer@twc.state.tx.us Oct 01 2014 21:16:32       Texas Workforce Commission,
                101 E. 15th St.,    Austin, TX 78778-0001
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DeWitt County
intp            HSC Holdings
cr              Rockwell Management
intp*          +Mastodon Operating Company, LLC,    1770 St. James Place,   Suite 205,   Houston, TX 77056-3432
8618261        ##+Hajovsky, Jones & Ford, PC,    14405 Walters Rd., Ste. 825,   Houston, TX 77014-1351
                                                                                 TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2014 at the address(es) listed below:
              David B Harberg    on behalf of Interested Party    HSC Holdings dharberg@harberglaw.com,
               admin@harberglaw.com
              Diane Wade Sanders    on behalf of Creditor    DeWitt County austin.bankruptcy@publicans.com
              Hector  Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jerrod Lee Allen    on behalf of Creditor    Basic Energy Services, L.P. jallen@westallenlaw.com,
               agriffith@westallenlaw.com;bbryson@westallenlaw.com;jwest@westallenlaw.com;vware@westallenlaw.com
               ;isadler@westallenlaw.com;tadkisson@westallenlaw.com
              John P Dillman    on behalf of Creditor    Harris County Houston_bankruptcy@publicans.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Operating Company, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Resources, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Mazelle Sara Krasoff    on behalf of Creditor    Rockwell Management krasoff@hooverslovacek.com,
               bankruptcy1@hooverslovacek.com,mkrasoffbank@gmail.com,ray@hooverslovacek.com
              Melissa Anne Haselden    on behalf of Creditor    Rockwell Management Haselden@hooverslovacek.com,
               haseldenbankruptcy@gmail.com,mayle@hooverslovacek.com,bankruptcy1@hooverslovacek.com,
               thanos@hooverslovacek.com
```

```
District/off: 0541-4          User: dsta              Page 3 of 3             Date Rcvd: Oct 01, 2014
                              Form ID: pdf001         Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard L Fuqua, II    on behalf of Attorney  Richard L Fuqua fuqua@fuquakeim.com,
               fuqua@fuqualegal.com
              Richard L Fuqua, II    on behalf of Debtor   Helia Tec Resources, Inc. fuqua@fuquakeim.com,
               fuqua@fuqualegal.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                  TOTAL: 12
```