

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/18/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HELIA TEC RESOURCES, INC., | § | CASE NO. 13-36251 |
|     Debtor, | § | (CHAPTER 11) |

### ORDER APPROVING HEATHER RENÉ POTTS AS PLAN AGENT
(Docket No. 183)

CAME ON TO BE HEARD the HELIA TEC RESOURCES, INC.'s (the "Debtor") Motion to Approve Heather René Potts as Plan Agent Pending Confirmation and the Court having reviewed the record; having reviewed the file; having reviewed motion and any responses filed thereto; and, after having considered the representations of counsels believes the motion is well taken and should in all things be granted. It is therefore,

ORDERED that Heather René Potts is approved to act as the Liquidating Debtor's Plan Agent pursuant to and with full power and authority as more fully stated in the Debtor's 2nd Amended Plan.

Signed: June 18, 2015.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE