

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/18/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 13-36251 |
| HELIA TEC RESOURCES, INC. | § | CHAPTER 11 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

ORDER CONFIRMING DEBTOR'S SECOND AMENDED PLAN
OF REORGANIZATION AS MODIFIED IN OPEN COURT
(Docket No. 137)

Before the Court for consideration is confirmation of the Chapter 11 Second Amended Plan of Liquidation submitted by Helia Tec Resources, Inc. (the "Plan") [Docket No 137]. During the hearing, the Debtor announced several proposed amendments to the Plan in order to satisfy the objections raised by HSC Holdings Co. Based on the evidence, the stipulations of the parties and the arguments of counsel, it is

**ORDERED THAT**:

1. The Plan is modified and amended as follows:

   **Amendment #1**. Paragraph 7.5.14 is amended to read as follows:

   7.5.14. Receive, conserve and manage the assets of the Liquidating Debtor and sell subject to the approval of the Bankruptcy Court on appropriate motion to sell or otherwise dispose of such assets for a price and upon such terms and conditions as the Plan Agent, with the specific approval of the Bankruptcy Court, deems most beneficial to the Creditors and Interest Holders and execute such deeds, bills of sale, assignments and other instruments in connection therewith;

   **Amendment #2.** Paragraph 9.3 is amended to read as follows:

   9.3 <u>Legal Services Contingency Contract.</u>  On or about November 15, 2011, HTR retained the services of Richard A. Battaglia, P.C. and the law firm of Dow, Golub, Remels & Beverly, P.C. on a structured contingency basis starting at 35% recovery to prosecute and defend HTR's rights. A true and correct copy of the Engagement Agreement is attached to Exhibit 2 of the Disclosure Statement. The November 15, 2011 Engagement Agreement is rejected. The Plan Agent shall have full and complete discretion on the selection of counsel to pursue any claim which is transferred under Paragraph 7.1 of the Plan.

2. The Court finds that the above amendments are nonmaterial and do not adversely affect any class of creditors.

3. The transfer of the Debtor's assets under Paragraph 7.1 of the Plan is authorized.

4. The Plan, as modified, herein is confirmed.

**SIGNED: June 18, 2015.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                Case No. 13-36251-drj
Helia Tec Resources, Inc.                                             Chapter 11
       Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0541-4           User: dsta              Page 1 of 3              Date Rcvd: Jun 18, 2015
                               Form ID: pdf001         Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db          +Helia Tec Resources, Inc.,    1770 St. James Place,    Suite 205,    Houston, TX 77056-3432
aty         +Richard L Fuqua,    5005 Riverway,    Suite 250,    Houston, TX 77056-2131
cr          +Basic Energy Services, L.P.,    c/o West Allen Law Firm, PC,    211 N. Center St.,
              Longview, TX 75601-7221
intp        +Heather R Potts,    4309 Yoakum Blvd.,    Ste. 2000,   Houston, TX 77006-5857
intp        +Mastodon Resources, LLC,    Suite 205,    1770 St. James Place,    Houston, TX 77056-3432
8618241     +3J Services,    434 Gentry Rd.,   Inez, TX 77968-3340
8944021     +3J Services, LP,    3614 E. FM 389,    Round Top, TX 78954-5063
8618242     +Acadiana Fittings & Supply,    PO Box 724,    7971 FM 359 S,    Fulshear, TX 77441-0724
8618243     +Basic Energy Services, LP,    West Allen Law Firm,    211 N. Center St.,
              Longview, TX 75601-7221
8618244     +Cary E. Hughes,    3230 Sabine Point Way,    Missouri City, TX 77459-6432
8618245     +Cary Hughes,    3230 Sabine Point Way,    Missouri City, TX 77459-6432
8618246      Center Point Energy Field Services, Inc.,    c/o Totz, Ellison & Totz, PC,
              211 Norfolk, Suite 510/516,    Houston, TX 77098
8724331     +Centerpoint Energy Field Services Inc,    Marc Ellison,    2211 Norfolk Ste 510,
              Houston Texas 77098-4048
8618247      Clarion Finanz, AG,    Attn: Carlo Civelli, Managing Director,    Gerbergasse 5,    P.O. Box 7427,
              CH-8023 Zurich, Switzerland
8618248     +Clarion Finanz, AG,    c/o Joe C. Holzer, Esq.,    Andrews & Kurth,    600 Travis, Suite 4200,
              Houston, TX 77002-2929
8738693      Comptroller of Public Accounts,    c/o Office of the Attorney General,
              Bankruptcy - Collections Division,    PO Box 12548,    Austin TX  78711-2548
8618250     +Cone Compression Services, Inc.,    PO Box 283,    Fulshear, TX 77441-0283
8618252     +Cross Road Oilfield Supply, Ltd.,    PO Box 1546,    El Campo,, TX 77437-1546
8618253     +D&B Rental Services,    1800 FM 237,    Yorktown, TX 78164-1912
8618254      Dale Dossey,    Dossey & Jones, PLLC,    25025 I-45, Ste. 410,    Spring, TX 77380
8618255     +Dalton Trucking,    PO Box 5606,   Victoria, TX 77903-5606
8645864     +Dewitt County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
              Austin, TX 78760-7428
8618256      Don Summers,    Tax Assessor-Collector,    PO Box 4622,    Houston, TX 77210-4622
8944022     +Dwight Snell & Associates,    6510 Riva Ridge Dr.,    Richmond, TX 77406-9160
8618257     +Dwight Snell & Associates,    1014 Mill Valley,    Sugar Land, TX 77498-2699
8618258     +Ed Talone Trust #1,    1901 Post Oak Blvd. #806,    Houston, TX 77056-3883
8618259     +Energy Gas Compression, Ltd.,    2020 N. Lexington Blvd.,    Corpus Christi, TX 78409-1335
8738269     +H & B Packer Services, Inc.,    P. O. Box 708,    El Campo, TX 77437-0708
8618260     +H&B Packer,    2601 N. Mechanic,    PO Box 708,    El Campo, TX 77437-0708
8626194     +Hajovsky, Jones & Ford, PC,    14614 Falling Creek Dr., Ste. 105,    Houston, TX 77068-2999
8944023      Hamman Swabbing & Oil Field Services,    2632 Mechanic St.,    El Campo, TX 77437
8640747     +Hamman Swabbing & Oil Field Services,    PO Box 615,    El Campo, TX 77437-0615
8618262      Hamman Swabbing & Oil Field Services,    Highway 71N,    El Campo, TX 77437
8618263      Harris County Appraisal District,    Business & Industrial Property Div.,    PO Box 922007,
              Houston, TX 77292-2007
8618264     +Henry & Sang Nguyen,    922 Northeast Avenue,    Panama City, FL 32401-4533
8618267     +InterOil Corporation,    c/o Yasser Madriz, Esq.,    Haynes and Boone, LLP,
              1221 McKinney, Ste. 2100,    Houston, TX 77010-2020
8618268      InterOil Corporation,    c/o InterOil Australia Pty Ltd., Level 1,    60-92 Cook St.,
              Cairns, Queensland, 4870,    Austrailia
8618269      InterOil Corporation,    Attn: Phil Mulacek, Director,    25025 I-45 North, Suite 420,
              The Woodlands, TX 77380
8618266     +InterOil Corporation,    c/o CT Corporation Systems,    111 Eighth Ave.,
              New York, NY 10011-5201,    Attn: InterOil Corporation Service
8618265     +Internal Revenue Service,    1919 Smith St., Ste. 300,    Stop 5125 - HOU,
              Houston, TX 77002-8055
8618270     +Lithotech Printed Products,    PO Box 1562,    Bellaire, TX 77402-1562
8944025     +Lithotech Printed Products,    5601 Bintliff, Ste. 550,    Houston, TX 77036-2120
8618271     +Mastodon Operating Company, LLC,    1770 St. James Place, Suite 205,    Houston, TX 77056-3432
8618273      Pacific LNG Operations, Ltd.,    Attn: Carlo Civelli, Managing Director,    Gerbergasse 5,
              P.O. Box 7427,    CH-8023 Zurich, Switzerland
8618274      Pacific LNG Operations, Ltd.,    c/o Morgan & Morgan Trust Corporation,    Mr. Jose Andres Calvo,
              P.O. Box 958 Pasea Estate,    Road Town Tortola British Virgin Islands
8618272     +Pacific LNG Operations, Ltd.,    c/o Joe C. Holzer, Esq.,    Andrews & Kurth,
              600 Travis, Suite 4200,    Houston, TX 77002-2929
8618275     +Richard's Hot Oil Service, Inc.,    PO Box 816,    Giddings, TX 78942-0816
8618276     +Robert Crow,    PO Box 19677,    Houston, TX 77224-9677
8618277     +Ryan Services,    c/o Ryan Glover LLP,    440 Louisiana, Suite 900,    Houston, TX 77002-4205
8618280     +SENDEX Energy, L.L.C.,    1770 St. James Place,    Suite 205,    Houston, TX 77056-3432
8618278     +Sealy Appliance & Butane Co.,    1401 Columbus Rd.,    PO Box 636,    Sealy, TX 77474-0636
8618279      Select Industries, Inc.,    PO Box 2450,    Wichita Falls, TX 76307-2450
8618281      Texas Perforators, Inc.,    PO Box 5781,    Kingsville, TX 78364-5781
8618283    #+Timothy R. Gallagher,    1515 Garretson Lane #36,    Houston, TX 77056-3333
8618284     +Vision Oilfield Services, LC,    PO Box 3506,    Victoria, TX 77903-3506
8618285     +Warren Gohlke,    667 Oakridge Drive,    Goliad, TX 77963-3964
```

```
District/off: 0541-4          User: dsta               Page 2 of 3              Date Rcvd: Jun 18, 2015
                              Form ID: pdf001          Total Noticed: 64

8618286        +Wise Well Intervention Services,    Pagel, David & Hill, PC,    1415 Louisiana, 22nd Floor,
                 Houston, TX 77002-7344
8944026        +York Acidizing and Cementing, LLC,    PO Box 67,    Boling, TX 77420-0067
8618287        +York Acidizing and Cementing, LLC,    6511 FM 1464 PMB 6,    Richmond, TX 77407-3575
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Jun 18 2015 21:58:48     Harris County,
                 c/o John P. Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
8618249         E-mail/Text: pacer@cpa.state.tx.us Jun 18 2015 21:59:59       Comptroller of Public Accounts,
                 111 E. 17th St.,    Austin, TX 78774-0100
8663881         E-mail/Text: houston_bankruptcy@LGBS.com Jun 18 2015 21:58:48     Harris County et al,
                 c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                 Houston, Tx. 77253-3064
8648749         E-mail/Text: cio.bncmail@irs.gov Jun 18 2015 21:57:16       Internal Revenue Service,
                 PO Box 7317,    Philadelphia, PA 19101-7317
8618282         E-mail/Text: ridpacer@twc.state.tx.us Jun 18 2015 22:00:06     Texas Workforce Commission,
                 101 E. 15th St.,    Austin, TX 78778-0001
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mazelle S. Krasoff
cr              DeWitt County
intp            HSC Holdings
cr              Rockwell Management
intp*          +Mastodon Operating Company, LLC,    1770 St. James Place,    Suite 205,    Houston, TX 77056-3432
8618251       ##+Continental Production Services, Inc.,    PO Box 69,    Fresno, TX 77545-0069
8618261       ##+Hajovsky, Jones & Ford, PC,    14405 Walters Rd., Ste. 825,    Houston, TX 77014-1351
                                                                                     TOTALS: 4, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2015 at the address(es) listed below:
              David B Harberg    on behalf of Interested Party    HSC Holdings dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Plaintiff    HSC Holdings Co., LTD dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Counter-Defendant    HSC Holdings Co., LTD dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Counter-Defendant    HSC Holdings Co. Ltd dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Plaintiff    HSC Holdings Co. Ltd dharberg@harberglaw.com,
               admin@harberglaw.com
              Diane Wade Sanders    on behalf of Creditor    DeWitt County austin.bankruptcy@publicans.com
              Hector  Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jerrod Lee Allen    on behalf of Creditor    Basic Energy Services, L.P. jallen@westallenlaw.com,
               agriffith@westallenlaw.com;bbryson@westallenlaw.com;jwest@westallenlaw.com;vware@westallenlaw.com
               ;isadler@westallenlaw.com;tadkisson@westallenlaw.com
              John P Dillman    on behalf of Creditor    Harris County Houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    DeWitt County Houston_bankruptcy@publicans.com
              Johnie J Patterson    on behalf of Counter-Claimant    Mastodon Operating Company, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
```

```
District/off: 0541-4          User: dsta              Page 3 of 3             Date Rcvd: Jun 18, 2015
                              Form ID: pdf001         Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Johnie J Patterson    on behalf of Interested Party    Mastodon Operating Company, LLC
     jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Interested Party    Mastodon Resources, LLC
     jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Defendant Timothy  Gallagher jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Defendant Robert  Crow jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Defendant Cary  Hughes jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Counter-Claimant Timothy  Gallagher jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Counter-Claimant Cary  Hughes jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Defendant    Mastodon Operating Company, LLC
     jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Johnie J Patterson    on behalf of Counter-Claimant Robert  Crow jjp@walkerandpatterson.com,
     mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
    Melissa Anne Haselden    on behalf of Creditor    Rockwell Management Haselden@hooverslovacek.com,
     haseldenbankruptcy@gmail.com,mayle@hooverslovacek.com,bankruptcy1@hooverslovacek.com,
     welborn@hooverslovacek.com
    Miriam Trubek Goott    on behalf of Defendant Robert  Crow mgoott@walkerandpatterson.com,
     jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
    Miriam Trubek Goott    on behalf of Defendant Cary  Hughes mgoott@walkerandpatterson.com,
     jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
    Miriam Trubek Goott    on behalf of Defendant    Mastodon Operating Company, LLC
     mgoott@walkerandpatterson.com,
     jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
    Miriam Trubek Goott    on behalf of Defendant Timothy  Gallagher mgoott@walkerandpatterson.com,
     jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
    Richard Anthony Battaglia    on behalf of Creditor    Helia Tec Resources, Inc. rab@rabpc.com
    Richard L Fuqua, II    on behalf of Debtor    Helia Tec Resources, Inc. fuqua@fuquakeim.com,
     fuqua@fuqualegal.com
    Richard L Fuqua, II    on behalf of Attorney Richard L Fuqua fuqua@fuquakeim.com,
     fuqua@fuqualegal.com
    US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

                                             TOTAL: 29