

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/18/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HELIA TEC RESOURCES, INC., | § | CASE NO. 13-36251 |
| Debtor, | § | (CHAPTER 11) |

### ORDER APPROVING HEATHER RENÉ POTTS AS PLAN AGENT
(Docket No. 183)

CAME ON TO BE HEARD the HELIA TEC RESOURCES, INC.'s (the "Debtor") Motion to Approve Heather René Potts as Plan Agent Pending Confirmation and the Court having reviewed the record; having reviewed the file; having reviewed motion and any responses filed thereto; and, after having considered the representations of counsels believes the motion is well taken and should in all things be granted. It is therefore,

ORDERED that Heather René Potts is approved to act as the Liquidating Debtor's Plan Agent pursuant to and with full power and authority as more fully stated in the Debtor's 2nd Amended Plan.

Signed: June 18, 2015.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                          Southern District of Texas

In re:                                                    Case No. 13-36251-drj
Helia Tec Resources, Inc.                                 Chapter 11
      Debtor
                         CERTIFICATE OF NOTICE
District/off: 0541-4          User: dhan          Page 1 of 2          Date Rcvd: Jun 18, 2015
                              Form ID: pdf002     Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db           +Helia Tec Resources, Inc.,    1770 St. James Place,   Suite 205,   Houston, TX 77056-3432
aty          +Richard L Fuqua,    5005 Riverway,   Suite 250,   Houston, TX 77056-2131
cr           +Basic Energy Services, L.P.,    c/o West Allen Law Firm, PC,   211 N. Center St.,
               Longview, TX 75601-7221
intp         +Heather R Potts,    4309 Yoakum Blvd.,    Ste. 2000,   Houston, TX 77006-5857
intp         +Mastodon Operating Company, LLC,    1770 St. James Place,   Suite 205,   Houston, TX 77056-3432
intp         +Mastodon Resources, LLC,    Suite 205,   1770 St. James Place,   Houston, TX 77056-3432
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: houston_bankruptcy@LGBS.com Jun 18 2015 21:58:48     Harris County,
               c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Mazelle S. Krasoff
cr            DeWitt County
intp          HSC Holdings
cr            Rockwell Management
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2015 at the address(es) listed below:
```
              David B Harberg    on behalf of Interested Party   HSC Holdings dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Plaintiff    HSC Holdings Co., LTD dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Counter-Defendant    HSC Holdings Co., LTD dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Counter-Defendant    HSC Holdings Co. Ltd dharberg@harberglaw.com,
               admin@harberglaw.com
              David B Harberg    on behalf of Plaintiff    HSC Holdings Co. Ltd dharberg@harberglaw.com,
               admin@harberglaw.com
              Diane Wade Sanders    on behalf of Creditor    DeWitt County austin.bankruptcy@publicans.com
              Hector Duran    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jerrod Lee Allen    on behalf of Creditor    Basic Energy Services, L.P. jallen@westallenlaw.com,
               agriffith@westallenlaw.com;bbryson@westallenlaw.com;jwest@westallenlaw.com;vware@westallenlaw.com
               ;isadler@westallenlaw.com;tadkisson@westallenlaw.com
              John P Dillman    on behalf of Creditor    Harris County Houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    DeWitt County Houston_bankruptcy@publicans.com
              Johnie J Patterson    on behalf of Counter-Claimant    Mastodon Operating Company, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Operating Company, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Interested Party    Mastodon Resources, LLC
               jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Defindant Timothy  Gallagher jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Defendant Robert  Crow jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Johnie J Patterson    on behalf of Defendant Cary  Hughes jjp@walkerandpatterson.com,
               mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
```

```
District/off: 0541-4          User: dhan              Page 2 of 2              Date Rcvd: Jun 18, 2015
                              Form ID: pdf002         Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Johnie J Patterson    on behalf of Counter-Claimant Timothy  Gallagher jjp@walkerandpatterson.com, mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
          Johnie J Patterson    on behalf of Counter-Claimant Cary  Hughes jjp@walkerandpatterson.com, mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
          Johnie J Patterson    on behalf of Defendant    Mastodon Operating Company, LLC jjp@walkerandpatterson.com, mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
          Johnie J Patterson    on behalf of Counter-Claimant Robert  Crow jjp@walkerandpatterson.com, mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
          Melissa Anne Haselden    on behalf of Creditor    Rockwell Management Haselden@hooverslovacek.com, haseldenbankruptcy@gmail.com,mayle@hooverslovacek.com,bankruptcy1@hooverslovacek.com, welborn@hooverslovacek.com
          Miriam Trubek Goott    on behalf of Defendant Robert  Crow mgoott@walkerandpatterson.com, jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
          Miriam Trubek Goott    on behalf of Defendant Cary  Hughes mgoott@walkerandpatterson.com, jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
          Miriam Trubek Goott    on behalf of Defendant    Mastodon Operating Company, LLC mgoott@walkerandpatterson.com, jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
          Miriam Trubek Goott    on behalf of Defendant Timothy  Gallagher mgoott@walkerandpatterson.com, jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
          Richard Anthony Battaglia    on behalf of Creditor    Helia Tec Resources, Inc. rab@rabpc.com
          Richard L Fuqua, II    on behalf of Debtor    Helia Tec Resources, Inc. fuqua@fuquakeim.com, fuqua@fuqualegal.com
          Richard L Fuqua, II    on behalf of Attorney Richard L Fuqua fuqua@fuquakeim.com, fuqua@fuqualegal.com
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

                                                                                   TOTAL: 29